PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

## District of South Carolina

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

*619-1*

Name of Offender:   Stanton D. Allaben                              Case Number:   9:00-CR-577-1

Name of Sentencing Judicial Officer:   The Honorable Sol Blatt, Jr

Date of Original Sentence:   September 27, 2001

Original Offense:   Child Pornography

Original Sentence:   Seventy months custody, three years supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced:   

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

    1. The defendant shall be placed in Bannum Place Community Correction Center, Savannah , Georgia, for a period not to exceed six months or until the defendant secures suitable residence and employment in Hilton Head, South Carolina.

⚥Prob 12B
  (7/93)

## CAUSE

The defendant has not secured residence or employment in Hilton Head, South Carolina at this time.

Respectfully submitted,

Jonathan J. Diller
U.S. Probation Officer

Date: August    , 2005

Reviewed and Approved By:

Ruth E. Daugherty
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

Sol Blatt, Jr.
United States District Judge

Date